Judge Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAMON GONSALEZ-REYES, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CR05-329JLR <br><br> ORDER GRANTING THIRD JOINT MOTION TO CONTINUE TRIAL |

THIS MATTER having come before the Court on the joint motion of the parties for an order continuing the trial date in this cause, and the Court having reviewed the motion and the balance of the records and files herein, the Court now finds and rules as follows:

On August 25, 2005, defendants Ramon Gonsalez-Reyes and Ernesto Castillo-Rojas, a/k/a Teodulpho Castillo-Rojas, were charged by Complaint with distribution of 500 grams or more of cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B); distribution of five grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B); and possession of five hundred grams or more of methamphetamine with intent to distribute, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A). On September 7, 2005, the defendants were indicted on the same charges.

The defendants appeared before Magistrate Judge Mary Alice Theiler on September 8, 2005, for arraignment. Pretrial motions were due on September 29, 2005,

ORDER GRANTING THIRD JOINT MOTION TO CONTINUE TRIAL DATE
GONSALES-REYES - 1
(GONSALEZ-REYES.CONT3.ORD)
CR05-329JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

and trial was scheduled to begin on November 15, 2005. Both defendants have been detained pending trial.

On October 17, 2005, the Court granted the joint motion of the parties to continue the trial date to December 13, 2005, subsequent to the appearance of new counsel for the United States after the original Assistant United States Attorney assigned to handle this matter left the United States Attorney's Office. On November 21, 2005, the Court granted a second continuance of the trial date to February 21, 2006. That motion was premised upon the request of the parties for additional time to review discovery materials and laboratory results and to adequately prepare for trial. The second request also was necessary in order to resolve a scheduling conflict involving counsel for defendant Gonsalez-Reyes.

On February 7, 2006, co-defendant Ernesto Castillo-Rojas, a/k/a Teodulpho Castillo-Rojas, entered a guilty plea to the charge of possession of intent to distribute five hundred grams or more of methamphetamine. Counsel have determined that additional time is required prior to trial to consider the implications of this plea for defendant Gonsalez-Reyes. The parties agree that the failure to grant a continuance in this case would deny counsel for defendant Gonsalez-Reyes and counsel for the United States the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Further, a continuance is required as a consequence of scheduling conflicts of both counsel in order to ensure continuity of counsel for both defendant Gonsalez-Reyes and the United States.

Defendant Gonsalez-Reyes has agreed to execute and file a Waiver of Speedy Trial rights under the Sixth Amendment and the Speedy Trial Act, 18 U.S.C. § 3161-3174, which will include his agreement that the period from February 21, 2006, through the new trial date shall be an excludable period of time pursuant to 18 U.S.C. § 3161(h)(8)(A).

ORDER GRANTING THIRD JOINT MOTION TO CONTINUE TRIAL DATE
GONZALES-REYES - 2
(GONSALEZ-REYES.CONT3.ORD)
CR05-329JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    It appearing to the Court that the failure to grant the requested continuance would
2    effectively deny counsel the reasonable time necessary for effective preparation, taking
3    into account the exercise of due diligence, and deny defendant Gonsalez-Reyes and the
4    United States continuity of counsel, and it further appearing to the Court that the ends of
5    justice served by granting the requested continuance outweigh the interest of the public
6    and the defendant in a speedy trial,
7    IT IS HEREBY ORDERED that the joint motion of the parties to continue the trial
8    date is GRANTED.
9    IT IS FURTHER ORDERED that the trial date shall be continued from Tuesday,
10   February 21, 2006, to Tuesday, April 11, 2006.
11   IT IS FURTHER ORDERED that the period of delay from February 21, 2006, to
12   April 11, 2006, is excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A), for the purpose
13   of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-
14   3174.
15   DATED this 9th day of February, 2006.

s/James L. Robart

_____
JAMES L. ROBART
United States District Judge

Presented by:

s/ LEONIE G.H. GRANT                          s/ MATTHEW T. HALE per authorization
LEONIE G.H. GRANT                             MATTHEW T. HALE
Assistant United States Attorney              Attorney for Defendant Ramon Gonsalez-Reyes
WSBA #12670                                   WSBA #28041
United States Attorney's Office               506 Second Avenue, Suite 1010
700 Stewart Street, Suite 5220                Seattle, Washington  98104
Seattle, Washington  98101-1271               Telephone:   (206) 622-9972
Telephone:   206-553-7970                     Fax No.:     (206) 622-9973
Fax No.:     206-553-0755                     E-Mail:      halelaw@qwest.net
E-Mail:      Lee.Grant@usdoj.gov

ORDER GRANTING THIRD JOINT MOTION TO CONTINUE TRIAL DATE
GONSALES-REYES - 3
(GONSALEZ-REYES.CONT3.ORD)
CR05-329JLR